UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PAUL SINGLETON JR.,

          Plaintiff,

-against-

NASSAU COUNTY JAIL,

          Defendant.
----------------------------------------------------------X

MEMORANDUM AND ORDER
11-CV-3815 (SJF)

FILED
IN CLERK'S OFFICE
U S. DISTRICT COURT E.D N Y
★ OCT 12 2011 ★
LONG ISLAND OFFICE

FEUERSTEIN, United States District Judge:

On August 1, 2011, incarcerated *pro se* plaintiff commenced this action pursuant to 42 U.S.C. § 1983 against defendant Nassau County Jail ("defendant"), accompanied by an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. By order entered August 31, 2011, plaintiff's application to proceed *in forma pauperis* was granted and the complaint was *sua sponte* dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) unless plaintiff filed an amended complaint stating a plausible <u>Monell</u> claim against the County of Nassau and/or naming the individuals personally involved in the alleged constitutional deprivations within thirty (30) days from the date the order was served with notice of entry upon him. On August 31, 2011, the Clerk of the Court served notice of entry of the order upon plaintiff by mailing a copy thereof to his address of record pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure. To date, plaintiff has not filed an amended complaint in accordance with the August 31, 2011 order, nor sought an extension of time to do so. Accordingly, the complaint is dismissed in its entirety with prejudice. The Clerk of the Court is directed to close this case and, pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure,

1

to serve notice of entry of this order upon all parties, including mailing a copy of this order to plaintiff at his last known address in accordance with Rule 5(b)(2)(C).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

_____
SANDRA J. FEUERSTEIN
United States District Judge

Dated: October 12, 2011
       Central Islip, New York